# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**CAMELOT BANQUET ROOMS, INC.,**

  **Plaintiff,**

  v.                                        **Case No.  25-CV-703**

**MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,**

  **Defendant.**

☒  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for dismiss (ECF No. 6) is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice**.

Date:  July 2, 2025

  Linda M. Klemm, Interim Clerk of Court
  EASTERN DISTRICT OF WISCONSIN
  (By) Deputy Clerk, s/Mary Murawski
  Approved this 2nd day of July, 2025.

  *William E. Duffin*
  WILLIAM E. DUFFIN
  United States Magistrate Judge